CCL
Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

UNITED STATES DISTRICT COURT
STATE OF FLORIDA, COUNTY OF SOUTHERN DISTRICT

AVINI HEALTH CORPORATION ,  )
Plaintiff(s) )
 )
vs. )
 )
 ) **PROOF OF SERVICE**
BIOGENUS LLC, ) Case No. 0-22-CV-61992-RAR
Defendant(s) )
 )
Party to serve: )
BIOGENUS LLC )
 )

Process: **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: Biogenus Llc.**

Date Served: 11/12/2022 3:47 Pm
Address Of Service: 819 W 700 N , American Fork, Ut 84003

Served on business or organization by giving a copy to **GARY SAMUELSON**, who is a(n) registered agent, (authorized to receive pursuant to utah code 16-17-301(1)), of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.
**DESCRIPTION:**
Gender: Male Race/Skin: White Age: 51 - 65 Yrs. Weight: 131-160 Lbs. Height: 5' 4" - 5' 8" Hair: Gray Other:

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 11/12/2022

*Ladora Langford*
_____
Ladora Langford #432

**TOTAL FEES:**   $55.00

| | |
|---|---|
| Standard Service | $55.00 |
| | |
| | |
| | |

COPY CAT LEGAL
3111 NORTH UNIVERSITY DRIVE, STE 301
CORAL SPRINGS, FL 33065

Docket: 1803080