UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61992-RAR

**AVINI HEALTH CORPORATION**,

    Plaintiff,

v.

**BIOGENUS LLC**,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On January 11, 2023, the Court ordered the parties to select a mediator certified under Local Rule 16.2, as well as schedule a time, date, and place for mediation on or before February 1, 2023. Scheduling Order [ECF No. 16] at 1. The deadline for compliance has passed and, to date, there is no indication the parties have scheduled a time, date, and place for mediation. It is therefore

**ORDERED AND ADJUDGED** that on or before **February 10, 2023**, the parties shall comply with the requirements of the Scheduling Order and schedule a time, date, and place for mediation and show good cause for their failure to fully comply with the Scheduling Order. Failure to comply with this Order may result in the entry of sanctions without further notice.

**DONE AND ORDERED** in Miami, Florida this 5th day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**